508 P.2d 1302

**Raymond JARAMILLO, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9674.**

Supreme Court of New Mexico.

March 9, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1016, 85 N.M. 19, 508 P.2d 1316, be and the same is hereby returned to the Clerk of the Court of Appeals.

508 P.2d 1302

**Lavon Mary MEASDAY, Petitioner,**

v.

**Lacy CRABTREE, Respondent.**

**No. 9677.**

Supreme Court of New Mexico.

March 20, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 990, 85 N.M. 20, 508 P.2d 1317, be and the same is hereby returned to the Clerk of the Court of Appeals.

508 P.2d 1302

**Susan Kathlyn CARTER, Petitioner,**

v.

**BURN CONSTRUCTION COMPANY, INC., and Employers Commercial Union Insurance Group, Respondents.**

**No. 9687.**

Supreme Court of New Mexico.

March 28, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 894, 85 N.M. 27, 508 P.2d 1324, be and the same hereby returned to the Clerk of the Court of Appeals.